IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARY ELLEN HANNIGAN**,                                Civil Case No.  08-1349-PK

            Plaintiff,

                                         O R D E R

    v.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

            Defendant.

_____

        Kimberly K. Tucker
        Swanson, Thomas & Coon
        820 SW Second Avenue, Suite 200
        Portland, Oregon  97204

                Attorney for Plaintiff

        Dwight C. Holton
        United States Attorney
        District of Oregon

Adrian L. Brown
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

Lisa Goldoftas
Thomas M. Elsberry
Social Security Administration
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

   Attorneys for Defendant


KING, Judge:

  The Honorable Paul Papak, United States Magistrate Judge, filed Findings and

Recommendation on July 15, 2010.  Plaintiff filed timely objections to the Findings and

Recommendation.

  When either party objects to any portion of a magistrate's Findings and Recommendation

concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u>

determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ.

P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309,

1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u>

review of the rulings of Magistrate Judge Papak.

  This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak (#42)

dated July 15, 2010 in its entirety.


///


Page 2 - ORDER

        IT IS HEREBY ORDERED that defendant's Motion to Dismiss (#35) is granted in part

and denied in part.  The court has no jurisdiction over the ALJ's decision on plaintiff's 2005 DIB

application.

        DATED this    27th    day of September, 2010.


                            /s/ Garr M. King
                                   GARR M. KING
                            United States District Judge

Page 3 - ORDER