IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MARY ELLEN HANNIGAN,                    3:08-CV-1349-PK

       Plaintiff,                       ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


JAMES S. COON
Swanson Thomas & Coon
820 S.W. Second Avenue, Suite 200
Portland, OR 97204
(503) 228-5222

       Attorneys for Plaintiff

S. AMANDA MARSHALL
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2902
(503) 727-1003

1 - ORDER

DAVID MORADO
Regional Chief Counsel
**GERALD J. HILL**
**WILLY M. LE**
Special Assistants United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2139

Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#71) on April 18, 2012, in which he recommends this Court should affirm the decision of the Commissioner not to reopen Plaintiff's 2003 application for Supplemental Security Income under XVI of the Social Security Act.

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218 (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#71). Accordingly, the Court **AFFIRMS** the

2 - ORDER

decision of the Commissioner and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this _3rd_ day of June, 2012.

*[signature]*
ANNA J. BROWN
United States District Judge

3 - ORDER